# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VILLAGE OF SAUK VILLAGE, a Municipal Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ROADWAY EXPRESS, INC. and YRC WORLDWIDE INC., <br><br> Defendants. | Case No. 1:15-CV-09183 <br><br> Hon. Judge Edmond E. Chang |

## JOINT PROPOSED PRETRIAL ORDER

Plaintiff Village of Sauk Village (the "Village") and Defendants YRC Worldwide Inc. and Roadway Express, Inc. (collectively, "YRC," and together with the Village, the "Parties") submit the following Joint Proposed Pretrial Order for the Court's consideration:

### I.   JURISDICTION

The district court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the Parties are completely diverse, YRC is not a citizen of Illinois, and the amount in controversy exceeds $75,000. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because a substantial part of the events complained of occurred in this district.

### II.  TRIAL ATTORNEYS

#### A.   Plaintiff's Trial Attorneys

The following attorneys will try the case for the Plaintiff:

> John E. Norris
> Dargan M. Ware
> Davis & Norris, LLP
> 2154 Highland Avenue South
> Birmingham, AL 35205
> jnorris@davisnorris.com
> dware@davisnorris.com

### B. Defendants' Trial Attorneys

The following attorneys will try the case for Defendants YRC:

<u>Lead Attorneys</u>:

John R. Worth
Richard U.S. Howell
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: 312-862-2000
jworth@kirkland.com
rhowell@kirkland.com

<u>Additional Attorneys</u>:

Brenton A. Rogers
Brett A. Nerad
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: 312-862-2000
brogers@kirkland.com
brett.nerad@kirkland.com

### III. <u>STATEMENT OF THE CASE</u>

The Parties agree to the following statement of the case:

The plaintiff in this case is the Village of Sauk Village, a municipality located approximately 25 miles south of downtown Chicago with a population of around 10,500. In 2008, vinyl chloride contamination was detected in the public water system that Sauk Village owns, maintains, and operates. Sauk Village is pursuing this case to recover the costs of installing treatment systems to remove the vinyl chloride from its water supply. Sauk Village alleges that a trucking terminal located just north of the Village is responsible for causing the vinyl chloride contamination.

YRC Worldwide Inc. and Roadway Express, Inc. or "YRC" are the defendants in this case. YRC is a trucking company that owns the terminal located north of the Village, known as

the YRC Chicago Heights Terminal. YRC asserts that the YRC Chicago Heights Terminal cannot be the source of the vinyl chloride contamination and that the vinyl chloride contamination comes from another source.

## IV. TRIAL LENGTH AND NUMBER OF JURORS

### A. Trial Length

The Parties believe the entire trial can be conducted in 5 days.

### B. Number of Jurors

The Parties propose that the Parties select six jurors for the trial with two alternate jurors for a total of eight jurors.

### C. Time for Openings & Closings

The Parties propose 30 minutes for openings for each side. The Parties propose one hour for Plaintiff's closing and rebuttal, and one hour for Defendants' closing.

### D. Hours of Witness Examination

The Parties believe that each side will need 12 hours of witness examination.

## V. PARTIES' AGREED STIPULATIONS AND UNCONTESTED FACTS

### A. Parties

1. Plaintiff Village of Sauk Village ("Sauk Village" or the "Village") is a municipality incorporated under the laws of the State of Illinois and located in Cook and Will Counties.

2. The Village's current population is approximately 10,500.

3. The Village is located approximately 25 miles south of downtown Chicago, Illinois, 2 miles west of the Illinois-Indiana border, and 13 miles southwest of Lake Michigan.

4. Roadway Express, Inc. ("Roadway") is a corporation organized under the laws of the State of Ohio. In October 2008, Yellow Transportation, Inc. merged into Roadway, and the surviving entity was renamed YRC Inc., d/b/a YRC Freight. Prior to that merger, Roadway was a corporation organized under the laws of the State of Delaware.

5. YRC Worldwide Inc. (with Roadway, collectively "YRC") is a corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Kansas.

YRC owns a trucking terminal located at 2000 E. Lincoln Highway, Chicago Heights, Illinois (the "YRC Chicago Heights Terminal").

6. The YRC Chicago Heights Terminal conducts freight terminal operations. Shipments are offloaded and then loaded onto new trucks. The YRC Chicago Heights Terminal does not store freight.

### B. Sauk Village Public Water Supply

7. Sauk Village owns and operates a public water supply consisting of three community wells: Wells 1, 2, and 3.

8. The water from Sauk Village's wells is treated at two water treatment plants. Water Treatment Plant 1 ("WTP 1") treats the water from Wells 1 and 2. Water Treatment Plant 2 ("WTP 2") treats the water from Well 3.

9. Well 3 is located adjacent to, and on the northern boundary of, the YRC Chicago Heights Terminal.

10. Well 3 was drilled to a depth of 451 feet and has a calculated capture zone of 3,869.39 feet.

11. Wells 1 and 2 are approximately 20 feet apart and located approximately one mile south of Well 3, near the Village center.

12. Well 1 was drilled to a depth of 472 feet and has a calculated capture zone of 3,237.36 feet.

13. Well 2 was drilled to a depth of 475 feet and has a calculated capture zone of 2,144.43 feet.

### C. Sauk Village's Vinyl Chloride Contamination

14. The IEPA has detected chlorinated solvents, including vinyl chloride and cis-1,2-dichloroethylene ("DCE"), in all three of the Sauk Village municipal wells.

15. In July 2009, Sauk Village took Well 3 out of service.

16. In 2010, Sauk Village retained K-Plus Engineering, LLC ("K-Plus") to investigate the source of the vinyl chloride contamination in the Sauk Village water supply.

17. The IEPA undertook a source investigation into the Sauk Village vinyl chloride water contamination from 2012 to 2014.

18. Temporary air strippers were installed at both of the Sauk Village water treatment plants in 2012.

19. Permanent air strippers were installed at both of the Sauk Village water treatment plants and were brought into service in 2015.

## VI.     WITNESS DESCRIPTION LISTS

### PLAINTIFF'S WITNESS LIST

Pursuant to the Order of this Court, Plaintiff Sauk Village states that it will call the following witnesses:

| 1 | James Czarnik | Mr. Czarnik works for Robinson Engineering, the Village Engineer for Sauk Village. Mr. Czarnik is familiar with the problems caused by the vinyl chloride contamination and the work done by Robinson to remedy the contamination. |
|---|---|---|
| 2 | Lois George | Mrs. George is Vice President for Environment & Ecology at P.E. Lamoreaux and Associates and is Plaintiff's expert witness in this case. Ms. George will testify as to her opinion that Sauk Village's vinyl chloride contamination was more likely than not caused by the Defendant. |
| 3 | Kevin Weller | Mr. Weller is Sauk Village's Director of Public Works. He is familiar with the Village's water system, the contamination therein, and the steps taken to correct the problem. |
| 4 | Deborah Williams | Ms. Williams is Sauk Village's Village Clerk. Ms. Williams is familiar with the water contamination in Sauk Village and the steps taken by the Village to remedy it. |

Plaintiff also states that it reserves the right to call witnesses named by the Defendant and rebuttal witnesses. Plaintiff also reserves the right to amend its witness list.

### DEFENDANTS' WITNESS LIST

Pursuant to the Standing Order Governing Proposed Pretrial Orders and the Court's January 27, 2017 Order, ECF No. 73, Defendants hereby identify the witnesses that they will call or may call at trial.

   A.     **Defendants Will Call the Following Witnesses:**

1. Steve L. McGinnis, P.E.

   Mr. McGinnis, a retained expert for the Defendants, is a Principal and practicing professional environmental engineer at Ramboll Environ US Corp. Mr. McGinnis is expected to provide expert testimony about: (i) the general principles of hydrogeology

and chlorinated solvent fate and transport, including groundwater flow, soil permeability and hydraulic conductivity, and chlorinated solvent migration; (ii) the regional hydrogeology in southeastern Cook County, including South Chicago Heights, Ford Heights, and Sauk Village; (iii) the history and effects of municipal groundwater extraction in southeastern Cook County, including South Chicago Heights, Ford Heights, and Sauk Village; (iv) the source of the regional vinyl chloride contamination impacting South Chicago Heights, Ford Heights, and Sauk Village; (v) the history, operations, and heavy contamination at four South Chicago Heights landfills; (vi) the history and results of U.S. and Illinois Environmental Protection Agency environmental investigations in the South Chicago Heights, Ford Heights, and Sauk Village; (vii) why a YRC trucking terminal located north of Sauk Village (the "YRC Chicago Heights Terminal") is not the source of vinyl chloride contamination in Sauk Village; and (viii) the inadequacies of the proposed opinions of Plaintiff's expert, Lois George.

2. Mayor David Hanks

Mr. Hanks has been the mayor of Sauk Village since 2012, and is the registered Owner and Operator in Responsible Charge of the Sauk Village water system. Prior to serving as mayor, Mr. Hanks was a Village Trustee from 1999 to 2012. Mr. Hanks has participated in authorizing, and is responsible for, the Village's actions and decisions regarding its public water system.

**B.     Defendants May Call the Following Witnesses:**

1. Robert E. Zimmermann

Mr. Zimmermann is a Senior Project Manager and Principal in Charge at Arcadis U.S., Inc. and a former Manager of Environmental Services for Defendants, from 1989 to 2004. Mr. Zimmermann has knowledge of Defendants' operations and compliance with environmental laws and regulations throughout the 1990s and early 2000s, including the removal of four underground storage tanks at the YRC Chicago Heights Terminal.

2. Susan Camara

Ms. Camara is a Manager in YRC's Safety Department, and has had responsibilities, among others, pertaining to compliance with environmental laws and regulations relating to hazardous materials and managing third-party consultants hired to respond to and remediate releases.

3. Lori Leonti

Ms. Leonti is a Manager of OSHA and Training in YRC's Safety Department. Prior to that position, Ms. Leonti was a Hazardous Materials Coordinator in 1999, with responsibilities including scheduling and disposing of hazardous waste and reporting releases of hazardous materials to the Department of Transportation.

4. <u>Jeff Lawson</u>

Mr. Lawson is a Manager at Environmental Compliance Services, Inc. ("ECS") and a former Environmental Project Manager for Roadway Express, Inc. As a project manager for Roadway Express, Inc., Mr. Lawson retained and managed contractors to assess and remediate issues relating to underground storage tanks at the YRC Chicago Heights Terminal. As a manager at ECS, Mr. Lawson handled similar duties and responsibilities for the YRC Chicago Heights Terminal, except as an independent contractor. Mr. Lawson also assisted the Illinois Environmental Protection Agency ("IEPA") with access to the YRC Chicago Heights Terminal during the IEPA's investigation into the source of the vinyl chloride contamination in the Village.

5. <u>Derrick Burgess</u>

Mr. Burgess has been a Sauk Village Trustee since 2006, and chairs the intergovernmental relations committee. As a trustee, Mr. Burgess has general knowledge of and has been involved in authorizing all of the Village's decisions and actions relating to the Village's public water system.

6. <u>Rosie Williams</u>

Ms. Williams has been a Sauk Village Trustee since 2005, and chairs the public relations committee and the community outreach partnership committee. As a trustee, Ms. Williams has general knowledge of and has been involved in authorizing all of the Village's decisions and actions relating to the Village's public water system.

7. <u>Debbie Williams</u>

Ms. Williams has been the Sauk Village Clerk since 2009, and is responsible for facilitating and attending Village meetings, preparing Village meeting agendas, and recording, transcribing, and maintaining the Village meeting minutes. Ms. Williams also attended and gave prepared remarks about the inadequacies of the Village's water supply system at the 2013 Building One America Summit in Washington, D.C.

8. <u>James Czarnick</u>

Mr. Czarnick is a Senior Engineer at Robinson Engineering, Ltd., an engineering firm retained by the Village on a project-by-project basis. Mr. Czarnick started working on projects for the Village in 2005. Mr. Czarnick regularly attends Village meetings as the "Village Engineer," and provides remarks and updates regarding the Village's public water system. Mr. Czarnick has also been involved in the evaluation, planning, and implementation of the improvements to the Village water supply system.

9. <u>Kevin Weller</u>

Mr. Weller has been the Director of Public Works for Sauk Village since 2004. Prior to becoming director, Mr. Weller served as Assistant Director from 2001 to 2004,

and as a field worker from 1986 to 2001. Mr. Weller has knowledge of and responsibility for the maintenance of the Village water supply system.

10. <u>Carolyn Wright</u>

Ms. Wright works in the Division of Records Management and Office of Emergency Response, #29 at the IEPA, in Springfield, Illinois, and has knowledge of the Freedom of Information Act ("FOIA") requests submitted to the IEPA by the Defendants.

11. <u>Evette Jones</u>

Ms. Jones works in the Superfund - Civil Investigations division of the U.S. Environmental Protection Agency ("U.S. EPA") in Illinois. Ms. Jones was listed as a point of contact in connection with the Defendants' FOIA request submitted to the U.S. EPA.

In addition, Defendants may call at trial any individual identified on Plaintiff's witness list. Defendants also reserve the right to call individuals at trial whose testimony may be used to rebut testimony or evidence offered by Plaintiff, and Defendants reserve the right to supplement this witness list for good cause.

## VII. EXHIBITS AND EXHIBIT CHARTS

### A. Plaintiff's Exhibit Chart

Plaintiff's Exhibit Chart with Defendants' Objections is attached hereto as Exhibit A.

### B. Defendants' Exhibit Chart

Defendants' Exhibit Chart with Plaintiff's Objections is attached hereto as Exhibit B.

## VIII. DEPOSITION DESIGNATIONS

### A. Plaintiff's Deposition Designations

1. <u>Deposition of Ruben Byerley, taken December 10, 2014</u>

| Plaintiff's Deposition Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| Pg. 5, Ln. 7 – 10 | | |
| Pg. 6, Ln. 10 – 11 | | |

8

| | | |
|---|---|---|
| Pg. 6, Ln. 12 – 25 | Incomplete | Pg. 6, Ln. 23 – Pg. 7, Ln. 5 |
| Pg. 7, Ln. 13 – 15 | Incomplete | Pg. 7, Ln. 16 – 22 |
| Pg. 9, Ln. 23 – Pg. 10, Ln. 1 | | |
| Pg. 10, Ln. 8 – 22 | | |
| Pg. 12, Ln. 1 – 13 | Form, Foundation, Calls for Speculation, Incomplete | If objections overruled, Pg. 14, Ln. 2 – 13 |
| Pg. 12, Ln. 13 – Pg. 14, Ln. 1 | Form, Foundation, Calls for Speculation, Incomplete | If objections overruled, Pg. 14, Ln. 2 – 13 |
| Pg. 14, Ln. 14 – Pg. 15, Ln. 6 | Hearsay | |
| Pg. 16, Ln. 5 – 19 | Foundation | |
| Pg. 16, Ln. 20 – Pg. 17, Ln. 22 | Incomplete | Pg. 17, Ln. 23 – Pg. 18, Ln. 18<br><br>Pg. 38, Ln. 5 – 11 |
| | | Pg. 31, Ln. 10 – Pg. 32, Ln. 4 |

**B.** **Defendants' Deposition Designations**

1. <u>Deposition of Leona Bowser, taken February 19, 2015</u>

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|
| Pg. 4, Ln. 7 – 8 | | |
| Pg. 7, Ln. 24 – Pg. 8, Ln. 3 | | |
| Pg. 18, Ln. 8 – 20 | | |
| Pg. 19, Ln. 12 – 22 | | |
| Pg. 21, Ln. 24 – Pg. 22, Ln. 16 | | |
| Pg. 31, Ln. 6 – Pg. 32, Ln. 12 | Foundation, Relevance | |
| Pg. 36, Ln. 20 – Pg. 37, Ln. 12 | Foundation, Relevance, Calls for Speculation | |

| | | |
|---|---|---|
| Pg. 43, Ln. 9 – 15 | | |

2. <u>Deposition of Derrick Burgess, taken March 2, 2015</u>

| **Defendants' Designation** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** |
|---|---|---|
| Pg. 3, Ln. 1 – 5 | Not an objection really, but Plaintiff notes that this is just him being sworn in | |
| Pg. 4, Ln. 21 – Pg. 5, Ln. 1 | | |
| Pg. 9, Ln. 19 – 24 | Relevance | |
| Pg. 10, Ln. 21 – Pg. 11, Ln. 10 | Relevance | |
| Pg. 15, Ln. 5 – 16 | Relevance | |
| Pg. 17, Ln. 18 – 23 | Hearsay | |
| Pg. 18, Ln. 7 – 14 | Hearsay | |
| Pg. 21, Ln. 15 – 21 | Relevance | |
| Pg. 22, Ln. 14 – 19 | Hearsay | |
| Pg. 27, Ln. 18 – 20 | | |
| Pg. 37, Ln. 15 – Pg. 38, Ln. 6 | Relevance | |
| Pg. 39, Ln. 3 – 11 | Relevance | |

3. <u>Deposition of Rosie Williams, taken March 4, 2015</u>

| **Defendants' Deposition Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations** |
|---|---|---|
| Pg. 3, Ln. 11 – 13 | Plaintiff objects to any and all designations from the deposition of Rosie Williams, because she will be Sauk Village's courtroom representative and will be present at trial. | |
| Pg. 4, Ln. 23 – Pg. 5, Ln. 6 | | |
| Pg. 34, Ln. 13 – 17 | | |
| Pg. 36, Ln. 4 – 8 | | |
| Pg. 41, Ln. 21 – Pg. 43, Ln. 5 | | |
| Pg. 52, Ln. 5 – 12 | | |
| Pg. 55, Ln. 20 – Pg. 56, Ln. 1 | | |
| Pg. 66, Ln. 1 – 5 | | |
| Pg. 66, Ln. 17 – Pg. 67, Ln. 5 | | |
| Pg. 67, Ln. 8 – 12 | | |
| Pg. 72, Ln. 12 – 15 | | |
| Pg. 79, Ln. 13 – Pg. 80, Ln. 20 | | |

## IX. <u>DAMAGES ITEMIZATION</u>

Plaintiff is seeking compensatory damages totaling $1,835,769.98. The evidentiary bases for Plaintiff's damages are the invoices set forth in the table attached hereto as Exhibit C.

## X.     MOTIONS IN LIMINE

### A.     Plaintiff's Motions *in Limine*

Plaintiff has filed a motion *in limine* to exclude any evidence or argument concerning the state of Illinois's grant (including loan forgiveness) to plaintiff to finance improvements to plaintiff's water system. (*See* Pl. Mot., ECF No. 76.)

### B.     Defendants' Motions *in Limine*

Defendants have filed a motion *in limine* to bar evidence related to the storage, release, testing, detection, and/or remediation and cleanup of substances other than chlorinated solvents. (*See* Defs. Mot., ECF No. 77.)

## XI.    JURY INSTRUCTIONS, VERDICT FORMS, & VOIR DIRE QUESTIONS

Pursuant to the Court's January 27, 2017, ECF, No. 73, the Parties will submit proposed jury instructions, verdict forms, and voir dire questions on February 21, 2017.

## XII.   EXPERT REPORTS & DEMONSTRATIVES

Pursuant to the Court's January 27, 2017 Order, ECF No. 73, the Parties have agreed that: (i) the Parties' experts shall be allowed to testify with their respective reports in front of them and to refer to the reports without the need to refresh recollection; and (ii) demonstrative exhibits shall be allowed into evidence and into the jury room for deliberations.

Dated: February 13, 2017

Respectfully Submitted,

| | |
|---|---|
| /s/ John E. Norris | /s/ Brett A. Nerad |
| John E. Norris | John R. Worth |
| Dargan M. Ware | Richard U.S. Howell |
| DAVIS & NORRIS LLP | Brenton A. Rogers |
| 2154 Highland Avenue South | Brett A. Nerad |
| Birmingham, AL 35205 | KIRKLAND & ELLIS LLP |
| Telephone: 205-930-9900 | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: 312-862-2000 |
| | |
| | *Attorneys for Defendants Roadway Express, Inc. and YRC Worldwide Inc.* |

*Of Counsel:*
Michael J. McGrath
Matt Byrne
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805
Telephone: 708-424-5678

*Attorneys for Plaintiff Village of Sauk Village*

## CERTIFICATE OF SERVICE

The undersigned, Brett A. Nerad, hereby certifies that on February 13, 2017, copies of **JOINT PROPOSED PRETRIAL ORDER** were served on the counsel of record through the CM/ECF system of the Northern District of Illinois.

John E. Norris
Dargan M. Ware
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, AL 35205
jnorris@davisnorris.com
wbarnett@davisnorris.com

Michael J. McGrath
Matthew J. Byrne
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805
mmcgrath@odelsonsterk.com
mbyrne@odelsonsterk.com

*Attorneys for Plaintiff Village of Sauk Village*

                                                /s/ Brett A. Nerad
                                                Brett A. Nerad